B6 Summary (Official Form 6 - Summary) (12/07)

```
                                               FILED
                                         May 20, 2011
                                    CLERK, U.S. BANKRUPTCY COURT
                                    EASTERN DISTRICT OF CALIFORNIA
                                                      0003508588
```

# United States Bankruptcy Court
## Eastern District of California

In re **Cal State Growth Fund**                                      Case No. **11-30626**

Debtor

Chapter **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 2 | 1,044,000.00 | | |
| B - Personal Property | Yes | 3 | 6,581,985.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 28 | | 9,220,146.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 38 | | | |
| Total Assets | | | 7,625,985.00 | | |
| Total Liabilities | | | | 9,220,146.00 | |

# United States Bankruptcy Court
## Eastern District of California

In re    **Cal State Growth Fund**                                 ,    Case No.    **11-30626**

                                        Debtor                        Chapter                         **11**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

  ☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

In re    **Cal State Growth Fund**                                   ,     Case No.    **11-30626**

                                        Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Vacant land, 2 parcels at 7473 and 7467 S. Newcastle Road, Stockton, California | Fee simple | - | 120,000.00 | 0.00 |
| Vacant land, 2 parcels, 5 acres, 9138 Avenue A, Mountain Ranch, California | Fee simple | - | 65,000.00 | 0.00 |
| Single family residence, 993 square feet, 2886 Center Street, Stevinson, California | Fee simple | - | 55,000.00 | 0.00 |
| Duplex, unable to repair, 1246 E. Weber Avenue, Stockton, California | Fee simple | - | 100,000.00 | 0.00 |
| Vacant land, 2.44 acres, APN 029-300-10, Madera, California | Fee simple | - | 35,000.00 | 0.00 |
| Vacant land, 2.44 acres, APN 029-310-031, Madera, California | Fee simple | - | 35,000.00 | 0.00 |
| Vacant land, 332 S. San Joaquin Street, Stockton, California | Fee somple | - | 20,000.00 | 0.00 |
| Vacant land, 3,750 square feet lot, 15 S. Pilgrim, Stockton, California | Fee simple | - | 15,000.00 | 0.00 |
| Vacant land, 3,027 square feet lot, 119 E. Sonora Street, Stockton, California | Fee simple | - | 15,000.00 | 0.00 |
| Single family residence, 1,344 square feet, 23 Wild Rose Court, Lodi, California | Fee simple | - | 98,000.00 | 0.00 |
| Vacant land, 2.45 acres, APN 326-230-07, Fresno, California | Fee simple | - | 35,000.00 | 0.00 |
| Single family residence, 886 square feet, 4636 Shearer Avenue, Salida, California | Fee simple | - | 100,000.00 | 0.00 |

                                                     Sub-Total >     **693,000.00**     (Total of this page)

    **1**    continuation sheets attached to the Schedule of Real Property

In re    **Cal State Growth Fund**       ,    Case No.    **11-30626**

Debtor

# SCHEDULE A - REAL PROPERTY
### (Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Single family residence, 1,002 square feet, 902 Russell Avenue, Clovis, California | Fee simple | - | 82,500.00 | 0.00 |
| Single family residence, 1,084 square feet, 161 East Avenue, Parlier, California | Fee simple | - | 8,500.00 | 0.00 |
| Single family residence, 1,220 square feet, 2234 Park Street, Selma, California | Fee simple | - | 55,000.00 | 0.00 |
| Vacant land, 2.65 acres, 8338 S. Hayes Avenue, Fresno, California | Fee simple | - | 65,000.00 | 0.00 |
| Single family residence, 1,440 square feet, 9580 Road 244, Terra Bella, California | Fee simple | - | 65,000.00 | 0.00 |
| Single family residence, 2 bedrrom, 1 bath, 1670 Cypress Way, Merced, California | Fee simple | - | 75,000.00 | 0.00 |

|  | | |
|---|---|---|
| Sub-Total > | 351,000.00 | (Total of this page) |
| Total > | 1,044,000.00 | |

Sheet  **1**  of  **1**  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

In re    **Cal State Growth Fund**           Case No.    **11-30626**

                          Debtor

# SCHEDULE B - PERSONAL PROPERTY

     Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

     **Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of Stockton, bank deposits - est.** | - | 25,000.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

                                           Sub-Total >      **25,000.00**
                                        (Total of this page)

   **2**    continuation sheets attached to the Schedule of Personal Property

In re    **Cal State Growth Fund**                      ,     Case No.     **11-30626**

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | Loans receivable, Growth Fund 1 | - | 1,566,799.00 |
| | | Loans receivable, Growth Fund 2 | - | 924,757.00 |
| | | Loans receivable, Growth Fund 3 | - | 1,632,644.00 |
| | | Loans receivable, Growth Fund 4 | - | 1,316,586.00 |
| | | Loans receivable, Growth Fund 5 | - | 1,115,199.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| | | | Sub-Total > (Total of this page) | 6,555,985.00 |

Sheet  **1**  of  **2**  continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                   Best Case Bankruptcy

In re __Cal State Growth Fund_____,    Case No. ___11-30626_____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **CMO computer software - resale value - nominal** | - | 1,000.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >      1,000.00
(Total of this page)

Total >      6,581,985.00

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

In re  **Cal State Growth Fund**
_____,
Debtor

Case No.  **11-30626**
_____

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

**0**   continuation sheets attached

Subtotal
(Total of this page)

Total
(Report on Summary of Schedules)

| | |
|---|---|
| | |
| 0.00 | 0.00 |

In re     **Cal State Growth Fund**                              Case No.     **11-30626**
_____ ,
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts *not* entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_____

\* *Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

                                                    **1**      continuation sheets attached

In re   **Cal State Growth Fund**                ,   Case No.   **11-30626**

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts<br>Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. | | | | | Notice only. | | | | | |
| **Employment Development Department Bankruptcy/Special Procedures Group P.O. Box 826900  MIC 92E Sacramento, CA 94280-0001** | - | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | Notice only. | | | | | |
| **Franchise Tax Board Bankruptcy Unit P.O. Box 2952 Sacramento, CA 95812-2952** | - | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | Notice only. | | | | | |
| **Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346** | - | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | Additional address for notices | | | | | |
| **U.S. Department of Justice Civil Trial Division, Western Region Box 683, Ben Franklin Station Washington, DC 20044** | - | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | | | |
| **United States Attorney (For Internal Revenue Service) 501 I Street, Suite 10-100 Sacramento, CA 95814** | - | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 | 0.00 |

Sheet **1** of **1**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 | 0.00 |
| | 0.00 | |
| Total (Report on Summary of Schedules) | 0.00 | 0.00 |
| | 0.00 | |

In re __Cal State Growth Fund_____,  Case No. ___11-30626_____
                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Abrica Castaneda** <br> **7011 Shoreham Place** <br> **Stockton, CA 95209** | - | | Certificates - Growth Fund 2 | | | | 5,000.00 |
| Account No. <br><br> **Alice H. Wedum,  Trustee** <br> **4332 College View Way** <br> **Carmichael, CA 95608** | - | | Certificates - Growth Fund 4 - additional | | | | 20,000.00 |
| Account No. <br><br> **Alice H. Wedum, Trustee** <br> **4332 College View Way** <br> **Carmichael, CA 95608** | - | | Certificates - Growth Fund 4 | | | | 30,000.00 |
| Account No. <br><br> **Arnie Castro** <br> **6162 Guava Place** <br> **Newark, CA 94560** | - | | Certificates - Growth Fund 5 | | | | 100,000.00 |

__27__  continuation sheets attached

Subtotal
(Total of this page)       **155,000.00**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com        S/N:36111-110128   Best Case Bankruptcy

In re **Cal State Growth Fund**                 ,      Case No.    **11-30626**

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Arthur J. Brenes, Trustee** <br> **5855 Jensen Road** <br> **Castro Valley, CA 94552** | - | | Certificates - Growth Fund 3 | | | | 5,000.00 |
| Account No. <br><br> **Barbara E. Gillis Living Trust** <br> **1989 Havens End** <br> **Prescott, AZ 86305** | - | | Certificates - Growth Fund 5 | | | | 53,000.00 |
| Account No. <br><br> **Barbara J. Tocchini** <br> **9 Rainbow Circle** <br> **Danville, CA 94506** | - | | Certificates - Growth Fund 3 | | | | 5,000.00 |
| Account No. <br><br> **Barbara McCrory** <br> **P.O. Box 959** <br> **Penn Valley, CA 95946** | - | | Certificates - Growth Fund 5 | | | | 35,000.00 |
| Account No. <br><br> **Bobbie R. Frisk, Trustee** <br> **1606 Springcreek Way** <br> **Manteca, CA 95337** | - | | Certificates - Growth Fund 3 | | | | 30,000.00 |

Sheet no. **1** of **27** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                       Subtotal <br> (Total of this page)        **128,000.00**

In re   **Cal State Growth Fund**                                              ,     Case No. ___**11-30626**___
_____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Brian E. Keating**<br>**1989 Havens End**<br>**Prescott, AZ 86305** | | - | | **Certificates - Growth Fund 5** | | | | 35,000.00 |
| Account No.<br><br>**Brian R. Purcha**<br>**240 N. Larch Street**<br>**Anaheim, CA 92805** | | - | | **Certificates - Growth Fund 5** | | | | 5,000.00 |
| Account No.<br><br>**Charles Glen Utley**<br>**14835 E. 14th Street, Unit 13**<br>**San Leandro, CA 94578** | | - | | **Certificates - Growth Fund 1** | | | | 40,000.00 |
| Account No.<br><br>**Charles W. Reed**<br>**P.O. Box 585**<br>**Saratoga, CA 95071** | | - | | **Certificates - Growth Fund 5** | | | | 50,000.00 |
| Account No.<br><br>**Charles W. Reed**<br>**P.O. Box 585**<br>**Saratoga, CA 95071** | | - | | **Certificates - Growth Fund 5 - additional** | | | | 4,600.00 |

Sheet no. __**2**__ of __**27**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **134,600.00**

In re **Cal State Growth Fund** , Case No. **11-30626**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Certificates - Growth Fund 5 | | | | |
| Christa A. Leeb-Peters 13741 Marquette Street Westminster, CA 92683 | - | | | | | | 45,000.00 |
| Account No. | | | Certificates - Growth Fund 4 | | | | |
| Colette Grabowski 1114 Lencoe Drive Stockton, CA 95210 | - | | | | | | 47,000.00 |
| Account No. | | | Certificates - Growth Fund 3 | | | | |
| Concepcion Herrera 328 E. Canterbury Drive Stockton, CA 95207 | - | | | | | | 26,000.00 |
| Account No. | | | Certificates - Growth Fund 5 | | | | |
| Connie Huber 1032 Earl Court Stockton, CA 95209 | - | | | | | | 5,000.00 |
| Account No. | | | Certificates - Growth Fund 1 | | | | |
| Courtney Ashton Jee 93 Parkshore Circle Sacramento, CA 95831 | - | | | | | | 3,000.00 |

Sheet no. **3** of **27** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

126,000.00

In re    **Cal State Growth Fund**         Case No.    **11-30626**

_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Certificates - Growth Fund 5 | | | | |
| D.W. Manuel, Trustee<br>39 Knight Drive<br>San Rafael, CA 94901 | - | | | | | | | 50,000.00 |
| Account No. | | | | Certificates - Growth Fund 5 | | | | |
| Dale Drury, Trustee<br>8835 Stark Road<br>Stockton, CA 95206 | - | | | | | | | 20,000.00 |
| Account No. | | | | Certificates - Growth Fund 2 | | | | |
| Daryl F. Bothwell, Trustee<br>5425 Concord Blvd, Unit H3<br>Concord, CA 94521 | - | | | | | | | 35,000.00 |
| Account No. | | | | Certificates - Growth Fund 2 | | | | |
| David S. Luke<br>2241 N. Union Road, Unit 257<br>Manteca, CA 95336 | - | | | | | | | 5,000.00 |
| Account No. | | | | Certificates - Growth Fund 2 | | | | |
| Derick Castaneda<br>7011 Shoreham Place<br>Stockton, CA 95209 | - | | | | | | | 5,000.00 |

Sheet no. **4** of **27** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **115,000.00**

In re    **Cal State Growth Fund**                      ,     Case No.    **11-30626**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Certificates - Growth Fund 3 | | | | |
| Diane C. Sorensen 6257 Shenandoah Stockton, CA 95219 | | - | | | | | | 100,000.00 |
| Account No. | | | | Certificates - Growth Fund 1 | | | | |
| Don L. Van Noy 1141 Port Chelsea Circle Lodi, CA 95240 | | - | | | | | | 64,500.00 |
| Account No. | | | | Certificates - Growth Fund 1 | | | | |
| Donald E. Randall 24680 Buckhorn Ridge Road Pioneer, CA 95666 | | - | | | | | | 40,000.00 |
| Account No. | | | | Certificates - Growth Fund 1 | | | | |
| Donald L. Campbell, Trustee 7602 Fickle Hill Road Arcata, CA 95521 | | - | | | | | | 493,000.00 |
| Account No. | | | | Certificates - Growth Fund 2 | | | | |
| Donald L. Knese 701 Eureka Lane Lodi, CA 95240 | | - | | | | | | 25,000.00 |

Sheet no. __5__ of __27__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **722,500.00**

In re  **Cal State Growth Fund**                                                  ,          Case No.  **11-30626**
                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Certificates - Growth Fund 5 | | | | |
| Doris E. Musfelt 4849 Grouse Run Stockton, CA 95207 | | - | | | | | | 30,000.00 |
| Account No. | | | | Certificates - Growth Fund 5 - additional | | | | |
| Doris E. Musfelt 4849 Grouse Run Stockton, CA 95207 | | - | | | | | | 5,035.00 |
| Account No. | | | | Certificates - Growth Fund 3 | | | | |
| Doris M. Privette 425 Lewis Avenue San Leandro, CA 94577 | | - | | | | | | 158,000.00 |
| Account No. | | | | Certificates - Growth Fund 3 | | | | |
| Dorothy M. Dorsett, Trustee 2310 Otto Drive Stockton, CA 95209 | | - | | | | | | 50,000.00 |
| Account No. | | | | Certificates - Growth Fund 4 | | | | |
| Douglas Sabiston 3953 Campolindo Drive Moraga, CA 94556 | | - | | | | | | 25,000.00 |

Sheet no.  **6**  of  **27**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          268,035.00

In re   **Cal State Growth Fund**             ,       Case No.   **11-30626**

                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Downey Brand Attorneys LLP**<br>**621 Capitol Mall, 18th Floor**<br>**Sacramento, CA 95814** | - | | **Legal services** | | | | 110,000.00 |
| Account No.<br><br>**Edward P. Pierce**<br>**3432 Hunter Lane**<br>**Carmichael, CA 95608** | - | | **Certificates - Growth Fund 1** | | | | 20,000.00 |
| Account No.<br><br>**Elizabeth Braley Lund**<br>**2482 Parmley Lane**<br>**Costa Mesa, CA 92627** | - | | **Certificates - Growth Fund 2** | | | | 50,000.00 |
| Account No.<br><br>**Emma Clift, Trustee**<br>**2308 Piccardo Circle**<br>**Stockton, CA 95207** | - | | **Certificates - Growth Fund 1** | | | | 2,000.00 |
| Account No.<br><br>**Ervan E. Frisk**<br>**21982 Milton Road**<br>**Linden, CA 95236** | - | | **Certificates - Growth Fund 3** | | | | 10,000.00 |

Sheet no. **7** of **27** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)         **192,000.00**

In re      **Cal State Growth Fund**                                    ,      Case No.     **11-30626**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Certificates - Growth Fund 5 | | | | |
| Eugene H. Lee 14371 Locust Street San Leandro, CA 94579 | | - | | | | | | 26,000.00 |
| Account No. | | | | Certificates - Growth Fund 2 | | | | |
| Frances B. Pletschet 4536 Everett Avenue Oakland, CA 94602 | | - | | | | | | 100,000.00 |
| Account No. | | | | Certificates - Growth Fund 3 | | | | |
| Frank E. Hauck 2732 Robinson Creek Lane Elk Grove, CA 95758 | | - | | | | | | 50,000.00 |
| Account No. | | | | Certificates - Growth Fund 3 | | | | |
| Frank M. King Charitable Remainder Trust P.O. Box 5354 Auburn, CA 95604 | | - | | | | | | 50,000.00 |
| Account No. | | | | Certificates - Growth Fund  2 | | | | |
| Frederick Hartwell, Jr. 2084 Fenton Way Chewelah, WA 99109 | | - | | | | | | 100,000.00 |

Sheet no. __8__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              **326,000.00**

In re **Cal State Growth Fund**                                    Case No. **11-30626**
_____,
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Certificates - Growth Fund 3 | | | | |
| Genevieve R. Hodges 3642 N. Orchard Avenue Fresno, CA 93726 | | - | | | | | | 74,000.00 |
| Account No. | | | | Certificates - Growth Fund 2 | | | | |
| George J. Fischer, Trustee 337 Orchard Drive Fremont, CA 94536 | | - | | | | | | 100,000.00 |
| Account No. | | | | Certificates - Growth Fund 5 | | | | |
| George N. Obujen, Trustee 1828 Cape Cod Circle Lodi, CA 95242 | | - | | | | | | 35,000.00 |
| Account No. | | | | Certificates - Growth Fund 4 | | | | |
| George R. Brown 6503 Williamsburg Stockton, CA 95207 | | - | | | | | | 185,000.00 |
| Account No. | | | | Certificates - Growth Fund 4 | | | | |
| Georgiana Zipse 1129 Dutton Avenue San Leandro, CA 94577 | | - | | | | | | 80,000.00 |

Sheet no. **9** of **27** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                         474,000.00

In re    **Cal State Growth Fund**                                          ,    Case No. _____**11-30626**_____
_____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Glen Klein <br> 2574 E. Paul <br> Fresno, CA 93710 | - | | | Certificates - Growth Fund 3 | | | | 5,000.00 |
| Account No. <br><br> Gustavo Herrera <br> 328 E. Canterbury Drive <br> Stockton, CA 95207 | - | | | Certificates - Growth Fund 3 | | | | 25,000.00 |
| Account No. <br><br> H. Dean Brown <br> 1002 Halidon Way <br> Folsom, CA 95630 | - | | | Certificates - Growth Fund 1 | | | | 50,000.00 |
| Account No. <br><br> Herbert S. Stanek <br> 262 Segovia Place <br> Fremont, CA 94539 | - | | | Certificates - Growth Fund 1 | | | | 8,000.00 |
| Account No. <br><br> Howard D. Daniel, Jr., Trustee <br> 19 Mandana Circle <br> Oakland, CA 94610 | - | | | Certificates - Growth Fund 1 | | | | 145,000.00 |

Sheet no. __**10**__ of __**27**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)                   233,000.00

In re   **Cal State Growth Fund**                          ,    Case No.   **11-30626**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Ida L. Royal**<br>**2415 35th Avenue**<br>**Oakland, CA 94601** | - | | **Certificates - Growth Fund 2** | | | | 50,000.00 |
| Account No.<br><br>**Ilse E. Antonelli, Trustee**<br>**244 E. Canterbury Drive**<br>**Stockton, CA 95207** | - | | **Certificates - Growth Fund 4** | | | | 90,000.00 |
| Account No.<br><br>**Irene L. Wilson**<br>**2107 Stover Way**<br>**Sacramento, CA 95822** | - | | **Certificates - Growth Fund 1** | | | | 115,000.00 |
| Account No.<br><br>**Irene L. Wilson**<br>**2107 Stover Way**<br>**Sacramento, CA 95822** | - | | **Certificates - Growth Fund 5** | | | | 64,900.00 |
| Account No.<br><br>**Isabelle C. Hauck**<br>**2732 Robinson Creek Lane**<br>**Elk Grove, CA 95758** | - | | **Certificates - Growth Fund 3** | | | | 25,000.00 |

Sheet no.  **11**  of  **27**  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal                **344,900.00**
(Total of this page)

In re **Cal State Growth Fund** _____,   Case No. ____**11-30626**____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | J C | | | | | |
| Account No. | | | | Certificates - Growth Fund 3 | | | | |
| Jacqueline L. Lee, Trustee 10465 Leeway Avenue NW Silverdale, WA 98315 | - | | | | | | | 20,000.00 |
| Account No. | | | | Certificates - Growth Fund 3 - additional | | | | |
| Jacqueline L. Lee, Trustee 10465 Leeway Avenue NW Silverdale, WA 98315 | - | | | | | | | 20,000.00 |
| Account No. | | | | Certificates - Growth Fund 5 | | | | |
| Janet M. Riley 1134 Black Oak Drive Manteca, CA 95336 | - | | | | | | | 32,500.00 |
| Account No. | | | | Certificates - Growth Fund 4 | | | | |
| Jeanne Shealor P.O. Box 1560 Fair Oaks, CA 95628 | - | | | | | | | 1,500.00 |
| Account No. | | | | Certificates - Growth Fund 1 | | | | |
| Jerold Jee 3028 Gennaker Way Elk Grove, CA 95758 | - | | | | | | | 11,000.00 |

Sheet no. __12__ of __27__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **85,000.00**

In re   **Cal State Growth Fund**                      ,     Case No.   **11-30626**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Certificates - Growth Fund 4 | | | | |
| **Jim B. Cox** **182 Ironwood Circle** **Crossville, TN 38571** | | - | | | | | | 100,000.00 |
| Account No. | | | | Certificates - Growth Fund 5 | | | | |
| **Jim B. Cox** **182 Ironwood Circle** **Crossville, TN 38571** | | - | | | | | | 73,000.00 |
| Account No. | | | | Certificates - Growth Fund 5 | | | | |
| **Joan M. Younger Family Trust** **4775 Marlborough Way** **Carmichael, CA 95608** | | - | | | | | | 95,000.00 |
| Account No. | | | | Certificates - Growth Fund 4 | | | | |
| **Joana H. Jee, Trustee** **1707 Olivewood Avenue** **Manteca, CA 95336** | | - | | | | | | 68,000.00 |
| Account No. | | | | Certificates - Growth Fund 5 | | | | |
| **John C. Johnston, Trustee** **35110 Rugby Place** **Newark, CA 94560** | | - | | | | | | 30,000.00 |

Sheet no. __13__ of __27__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     366,000.00

In re   **Cal State Growth Fund**                                    Case No.   **11-30626**
_____,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Certificates - Growth Fund 5 | | | | |
| John D. Hoyt P.O. Box 1382 Grass Valley, CA 95945 | | - | | | | | | 5,000.00 |
| Account No. | | | | Certificates - Growth Fund 3 | | | | |
| John F. Kiraly, III, MD, Trustee 2407-A W. Vine Street Lodi, CA 95242 | | - | | | | | | 200,000.00 |
| Account No. | | | | Certificates - Growth Fund 1 | | | | |
| John M. Anderson 10416 Arvilla Avenue NE Albuquerque, NM 87111 | | - | | | | | | 153,500.00 |
| Account No. | | | | Certificates - Growth Fund 2 | | | | |
| John P. Dunford 217 Felicio Common Fremont, CA 94538 | | - | | | | | | 50,000.00 |
| Account No. | | | | Certificates - Growth Fund 2 | | | | |
| John Poelstra, Trustee 8700 N. West Lane, Unit 63 Stockton, CA 95210 | | - | | | | | | 10,000.00 |

Sheet no. **14** of **27** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **418,500.00**

In re **Cal State Growth Fund**
_____,
Debtor

Case No. **11-30626**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Certificates - Growth Fund 4 | | | | |
| Judith E. Laird Anderson, Trustee 4855 Mission Street, Unit 4 San Francisco, CA 94112 | - | | | | | | 30,000.00 |
| Account No. | | | Certificates - Growth Fund 1 | | | | |
| Karen A. Miller, Trustee P.O. Box 251 Eagle, ID 83616 | - | | | | | | 5,000.00 |
| Account No. | | | Certificates - Growth Fund 4 | | | | |
| Katalin Horvath 3400 Wagner Heights Rd Unit 172 Stockton, CA 95209 | - | | | | | | 69,500.00 |
| Account No. | | | Certificates - Growth Fund 3 | | | | |
| Kim Klein 2574 E. Paul Fresno, CA 93710 | - | | | | | | 15,000.00 |
| Account No. | | | Certificates - Growth Fund 5 | | | | |
| Kimberly Smith 1989 Havens End Prescott, AZ 86305 | - | | | | | | 35,500.00 |

Sheet no. __15__ of __27__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)

155,000.00

In re   **Cal State Growth Fund**                       ,      Case No.   **11-30626**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Kurt Hodges**<br>**761 John Kamps Way**<br>**Ripon, CA 95366** | | - | Certificates - Growth Fund 3 | | | | 7,000.00 |
| Account No.<br><br>**Laila Halsteen**<br>**551 Jean Street, Unit 409**<br>**Oakland, CA 94610** | | - | Certificates - Growth Fund 5 | | | | 20,000.00 |
| Account No.<br><br>**Lawrence J. Saros**<br>**4785 Annadel Heights Drive**<br>**Santa Rosa, CA 95405** | | - | Certificates - Growth Fund 5 | | | | 20,000.00 |
| Account No.<br><br>**Leonette Belling**<br>**P.O. Box 1908**<br>**Salome, AZ 85348** | | - | Note payable | | | | 4,955.00 |
| Account No.<br><br>**Lorraine M. Force**<br>**6900 Buckingham Blvd.**<br>**Berkeley, CA 94705** | | - | Certificates - Growth Fund 4 | | | | 20,000.00 |

Sheet no. __16__ of __27__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **71,955.00**

In re **Cal State Growth Fund**                                                                    Case No. **11-30626**
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Certificates  - Growth Fund 4 | | | | |
| Lorraine M. Force, Trustee 6900 Buckingham Blvd. Berkeley, CA 94705 | | - | | | | | 32,000.00 |
| Account No. | | | Certificates - Growth Fund 1 | | | | |
| Lydia Islas, Trustee 1947 Amberwood Court Stockton, CA 95207 | | - | | | | | 805,000.00 |
| Account No. | | | Certificates - Growth Fund 2 | | | | |
| Margaret J. Segmiller 182 Ironwood Circle Crossville, TN 38571 | | - | | | | | 83,000.00 |
| Account No. | | | Certificates - Growth Fund 5 | | | | |
| Margaret P. Reed P.O. Box 585 Saratoga, CA 95071 | | - | | | | | 46,800.00 |
| Account No. | | | Certificates - Growth Fund 5 | | | | |
| Maria M. Nunes 757 Park Avenue Arcata, CA 95521 | | - | | | | | 68,475.00 |

Sheet no. **17** of **27** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)                        1,035,275.00

In re    **Cal State Growth Fund**               ,      Case No.    **11-30626**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Maria Nellie Nunes** <br> **757 Park Avenue** <br> **Arcata, CA 95521** | | - | | **Certificates - Growth Fund 5** | | | | 130,000.00 |
| Account No. <br><br> **Marsha Feinland** <br> **2217 - 1/2 McGee Avenue** <br> **Berkeley, CA 94703** | | | | **Certificates - Growth Fund 4** | | | | 45,000.00 |
| Account No. <br><br> **Marvin P. Miller** <br> **3624 Portage Circle North** <br> **Stockton, CA 95219** | | - | | **Certificates - Growth Fund 2** | | | | 140,000.00 |
| Account No. <br><br> **Mathew M. Nakata** <br> **3118 Kermath Drive** <br> **San Jose, CA 95132** | | - | | **Certificates - Growth Fund 4** | | | | 10,000.00 |
| Account No. <br><br> **Megan Elizabeth Jee** <br> **805 Harvey Way** <br> **Sacramento, CA 95831** | | - | | **Certificates - Growth Fund 1** | | | | 2,000.00 |

Sheet no. __18__ of __27__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims        Subtotal (Total of this page)     **327,000.00**

In re    **Cal State Growth Fund**
_____,    Case No. _____**11-30626**_____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Michael Myers**<br>**1811 Mountain Ranch Avenue**<br>**Henderson, NV 89012** | - | | **Certificates - Growth Fund 4** | | | | 65,000.00 |
| Account No.<br><br>**Michael S. Islas**<br>**4124 Sun River Court**<br>**Stockton, CA 95207** | - | | **Certificates - Growth Fund 3** | | | | 30,000.00 |
| Account No.<br><br>**Michelle Sallee**<br>**3553 E. Nichols Road**<br>**Galt, CA 95632** | - | | **Certificates - Growth Fund 1** | | | | 5,000.00 |
| Account No.<br><br>**Mortgage Lenders Service, Inc.**<br>**81 Blue Ravine Rd, Suite 100**<br>**Folsom, CA 95630** | - | | **Notice only.** | | | | 0.00 |
| Account No.<br><br>**N. Jeanne Tucker, Trustee**<br>**6234 Shenandoah Place**<br>**Stockton, CA 95219** | - | | **Certificates - Growth Fund 2** | | | | 135,000.00 |

Sheet no. __19__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 235,000.00

In re __**Cal State Growth Fund**_____,  Case No. ____**11-30626**____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Certificates - Growth Fund 3 | | | | |
| Norman Carlson 2015 Bandos Lane Auburn, CA 95603 | | - | | | | | | 96,000.00 |
| Account No. | | | | Certificates - Growth Fund 2 | | | | |
| Norman R. Fratzke P.O. Box 35 Wallace, CA 95254 | | - | | | | | | 75,000.00 |
| Account No. | | | | Certificates - Growth Fund 2 | | | | |
| Patricia Garrett, Trustee 5909 Rincon Drive Oakland, CA 94611 | | - | | | | | | 16,000.00 |
| Account No. | | | | Certificates - Growth Fund 2 | | | | |
| Paul L. Poelstra, Trustee 1395 S.E. 64th Court Hillsboro, OR 97123 | | - | | | | | | 15,000.00 |
| Account No. | | | | Certificates - Growth Fund 2 | | | | |
| Paul L. Silveira, Trustee 16122 Tsireleas Drive Tracy, CA 95304 | | - | | | | | | 97,500.00 |

Sheet no. __**20**__ of __**27**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     299,500.00

In re    **Cal State Growth Fund**                                    ,    Case No. _____**11-30626**_____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Certificates - Growth Fund 3 | | | | |
| Paul T. Costa 2677 Marineview Drive San Leandro, CA 94577 | - | | | | | | | 225,000.00 |
| Account No. | | | | Disputed claim | | | | |
| Phillip Bernstein, et al., Attorney James L. Pagano Pagano & Kass 96 N. Third Street, Suite 525 San Jose, CA 95112 | - | | | | X | X | X | Unknown |
| Account No. | | | | Certificates 0 Growth Fund 4 | | | | |
| Phillip M. Duke, Trustee 4105 Harbor View Oakland, CA 94619 | - | | | | | | | 15,000.00 |
| Account No. | | | | Certificates - Growth Fund 1 | | | | |
| Raymond H. Spoelman, Trustee 4629 Diaz Drive Fremont, CA 94536 | - | | | | | | | 50,000.00 |
| Account No. | | | | Certificates - Growth Fund 1 | | | | |
| Richard C. Wyant 2817 Golden Rain Road, Unit 3 Walnut Creek, CA 94595 | - | | | | | | | 145,000.00 |

Sheet no. __**21**__ of __**27**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      435,000.00

In re   **Cal State Growth Fund**                  ,       Case No.    **11-30626**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Certificates - Growth Fund 4 | | | | |
| **Robert V. Cattey, Trustee** **319 Southern Hills Drive** **Rio Vista, CA 94571** | - | | | | | | 120,000.00 |
| Account No. | | | Certificates - Growth Fund 4 - additional | | | | |
| **Robert V. Cattey, Trustee** **319 Southern Hills Drive** **Rio Vista, CA 94571** | - | | | | | | 100,000.00 |
| Account No. | | | Certificates - Growth Fund 2 | | | | |
| **Robin Altree Kirk, Trustee** **2115 Ripley Avenue** **Redondo Beach, CA 90278** | - | | | | | | 205,000.00 |
| Account No. | | | Certificates - Growth Fund 4 | | | | |
| **Ronald M. Wiley** **895 Cashew Way** **Fremont, CA 94536** | - | | | | | | 200,000.00 |
| Account No. | | | Certificates - Growth Fund 5 | | | | |
| **Rosie Jaureguito, Trustee** **1320 Millsbridge Place** **Lodi, CA 95242** | - | | | | | | 6,000.00 |

Sheet no.  **22**  of  **27**  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)       **631,000.00**

In re    **Cal State Growth Fund**                     ,    Case No.    **11-30626**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No.<br><br>**Rosie Jaureguito, Trustee**<br>**1320 Millsbridge Place**<br>**Lodi, CA 95242** | | - | | | Certificates - Growth Fund 5 - additional | | | | 6,000.00 |
| Account No.<br><br>**Ruth L. Fahrney**<br>**2232 Quebec Court**<br>**Modesto, CA 95356** | | - | | | Certificates - Growth Fund 5 | | | | 31,434.00 |
| Account No.<br><br>**Ruth Reed, Trustee**<br>**1201 Leisure Lane, Unit 7**<br>**Walnut Creek, CA 94595** | | - | | | Certificates - Growth Fund 3 | | | | 70,000.00 |
| Account No.<br><br>**Sabiston Musfelt Mulkey**<br>**4849 Grouse Run**<br>**Stockton, CA 95207** | | - | | | Certificates - Growth Fund 4 | | | | 28,901.00 |
| Account No.<br><br>**Sadie Boss Jauch, Trustee**<br>**1104 Dartmoor Circle**<br>**Lodi, CA 95240** | | - | | | Certificates - Growth Fund 2 | | | | 15,000.00 |

Sheet no. __23__ of __27__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **151,335.00**

In re   **Cal State Growth Fund**                                    ,          Case No. _____**11-30626**_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Certificates - Growth Fund 5 | | | | |
| Salvador A. Medel, Trustee 2052 Del Rio Drive Stockton, CA 95204 | - | | | | | | 71,500.00 |
| Account No. | | | Certificates - Growth Fund 3 | | | | |
| Sidney C. Kotz, Trustee 361 Endicott Court Walnut Creek, CA 94598 | - | | | | | | 225,000.00 |
| Account No. | | | Certificates - Growth Fund 1 | | | | |
| Stephanie S. Bercler, Executor P.O. Box 60681 Sacramento, CA 95860 | - | | | | | | 10,500.00 |
| Account No. | | | Certificates - Growth Fund 5 | | | | |
| Steven D. Raymond P.O. Box 1072 Berkeley, CA 94701 | - | | | | | | 5,000.00 |
| Account No. | | | Certificates - Growth Fund 5 | | | | |
| The Gillis Family Trust 1989 Havens End Prescott, AZ 86305 | - | | | | | | 34,000.00 |

Sheet no. __**24**__ of __**27**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          346,000.00

In re   **Cal State Growth Fund**                          ,       Case No.   **11-30626**

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Certificates - Growth Fund 5 | | | | |
| Thomas A. McCall 100 Monte Cresta Avenue, Apt. 209 Oakland, CA 94612 | - | | | | | | | 10,000.00 |
| Account No. | | | | Certificates - Growth Fund 4 | | | | |
| Thomas R. Jurich 990 Jacob Lane Carmichael, CA 95608 | - | | | | | | | 50,000.00 |
| Account No. | | | | Certificates - Growth Fund 3 | | | | |
| Tilly S. Leeb, Trustee 3273 Q San Amadeo Laguna Hills, CA 92653 | - | | | | | | | 99,000.00 |
| Account No. | | | | Certificates - Growth Fund 1 | | | | |
| Trevor Michael Jee 805 Harvey Way Sacramento, CA 95831 | - | | | | | | | 5,000.00 |
| Account No. | | | | Certificates - Growth Fund 1 | | | | |
| Vincent Olmos 527 Applewood Drive Lodi, CA 95242 | - | | | | | | | 20,046.00 |

Sheet no. __25__ of __27__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

          Subtotal  
      (Total of this page)    **184,046.00**

In re  **Cal State Growth Fund**                                            ,                 Case No.  **11-30626**
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Certificates - Growth Fund 1 | | | | |
| Violet L. Ingraham 1199 Diablo Avenue, Suite 253 Chico, CA 95973 | - | | | | | | 51,000.00 |
| Account No. | | | Certificates - Growth Fund 4 | | | | |
| Virginia H. Braley 1124 Estelle Lane Newport Beach, CA 92660 | - | | | | | | 300,000.00 |
| Account No. | | | Certificates - Growth Fund 4 | | | | |
| W. Urie Walsh 53 Cole Street San Francisco, CA 94117 | - | | | | | | 10,000.00 |
| Account No. | | | Certificates - Growth Fund 3 | | | | |
| Walter B. Dittus, Trustee 828 S. California Street Lodi, CA 95240 | - | | | | | | 230,000.00 |
| Account No. | | | Certificates - Growth Fund 1 | | | | |
| Wan Jee 406 Jessie Avenue Manteca, CA 95336 | - | | | | | | 95,000.00 |

Sheet no. **26** of **27** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          686,000.00

In re   **Cal State Growth Fund**                      ,      Case No.   **11-30626**

                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**William R. Mitchell**<br>**1008 Lexington Drive**<br>**Modesto, CA 95350** | - | | **Certificates - Growth Fund 3** | | | | 502,500.00 |
| Account No. <br><br>**William R. Mitchell**<br>**1008 Lexington Drive**<br>**Modesto, CA 95350** | - | | **Certificates - Growth Fund 3 - additional** | | | | 65,000.00 |
| Account No. <br><br>**Yvonne Carlson**<br>**2015 Bandos Lane**<br>**Auburn, CA 95603** | - | | **Certificates - Growth Fund 3** | | | | 7,000.00 |
| Account No. <br><br> | | | | | | | |
| Account No. <br><br> | | | | | | | |

| | | |
|---|---|---|
| Sheet no. **27** of **27** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 574,500.00 |
| | Total<br>(Report on Summary of Schedules) | 9,220,146.00 |

In re    **Cal State Growth Fund**                    ,      Case No.    **11-30626**

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| | |

**0**      continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re    **Cal State Growth Fund**                ,      Case No.    **11-30626**

                                 Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**0**      continuation sheets attached to Schedule of Codebtors

# United States Bankruptcy Court
## Eastern District of California

In re __Cal State Growth Fund__        Case No. __11-30626__

Debtor(s)        Chapter __11__

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __40__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __May 20, 2011__        Signature    __/s/ Alexander Gomez__

           **Alexander Gomez**
           **President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### Eastern District of California

In re __Cal State Growth Fund__                              Case No. __11-30626__
                                   Debtor(s)                 Chapter __11__

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's
☐       business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $-321,518.00 | 2011: First quarter revenues of $191,095, loss on sale of REO of $227,705,  less expenses of $289,532, for net loss of |
| $-794,515.00 | 2010: Revenues of $760,603, loss on sales of REO of $480,603, expenses of $1,157,271, for net loss of |
| $-424,859.00 | 2009: Revenues of $816,142, expenses of $1,241,001, for net loss of |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                    SOURCE

**3. Payments to creditors**

None
■

**Complete a. or b., as appropriate, and c.**

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Monthly interest payments in ordinary course of business to certificate holders** | | **$0.00** | **$0.00** |

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Phillip Bernstein, et al., vs. Cal State Home Lioans, et al., case number 1-07-096936** | **Complaint for damages for alleged fraud.** | **Superior Court of California, Santa Clara County.** | **Stayed by bankruptcy petition.** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Josephine House vs. Cal State Mortgage Co., Inc., et al., case number 1:08-CV-018880** | **Complaint to avoid deed of trust.** | **United States District Court, Eastern District of California.** | **Settled in past year. Nominal settlement paid. Deed of trust reconveyed.** |

None ■  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ■  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None ■  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

#### 8. Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

#### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **David C. Johnston**<br>**Johnston & Johnston**<br>**627 13th Street, Suite E**<br>**Modesto, CA 95354** | **Pre-petition.** | **$26,000, of which $1,039 was designated for clerk's filing fee.** |

#### 10. Other transfers

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

#### 11. Closed financial accounts

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

### 18 . Nature, location and name of business

None ☐    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Cal State Growth Fund** | 68-0112864 | **P.O. Box 7636 Stockton, CA 95267** | **Real estate lending** | **1986 to present** |

None ■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

### 19. Books, records and financial statements

None ☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Michael A. Butler, CPA Iacopa, Lenz & Company 3031 W. March Lane, Suite 300E Stockton, CA 95219** | **1987 to present** |

None ☐    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Calif. Department of Real Estate** | **2201 Broadway**<br>**Sacramento, CA 95818** | **Audits every other year.** |

None ■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                       ADDRESS

None ■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                           DATE ISSUED

---

### 20. Inventories

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

### 21 . Current Partners, Officers, Directors and Shareholders

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Alexander Gomez**<br>**P.O. Box 7636**<br>**Stockton, CA 95267** | **President, Director, and Shareholder** | **39%** |
| **Monica Rabena**<br>**P.O. Box 7636**<br>**Stockton, CA 95267** | **Sec-Tres, Director, and Shareholder** | **51%** |
| **Roxanna Seward**<br>**P.O. Box 7636**<br>**Stockton, CA 95267** | **Vice-Pres., Director, and Shareholder** | **10%** |

---

### 22 . Former partners, officers, directors and shareholders

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

### 23 . Withdrawals from a partnership or distributions by a corporation

None □    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Alexander Gomez** **P.O. Box 7636** **Stockton, CA 95267**    **President, director, and shareholder** | **November 17, 2010, reimbursement of business card expense** | **$90.36** |

---

### 24. Tax Consolidation Group.

None ■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

### 25. Pension Funds.

None ■    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   **May 20, 2011**          Signature   **/s/ Alexander Gomez**
                                                 **Alexander Gomez**
                                                 **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Eastern District of California

In re    **Cal State Growth Fund**                  Case No.    **11-30626**

Debtor(s)           Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept               $    **Reasonable value of services**

    Prior to the filing of this statement I have received       $    **26,000.00, of which $1,039 was for clerk's filing fee**

    Balance Due                               $    **Reasonable value of services as allowed by Court**

2. The source of the compensation paid to me was:

    ☒ Debtor      ☐ Other (specify):

3. The source of compensation to be paid to me is:

    ☒ Debtor      ☐ Other (specify):

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtor in any adversary proceeding.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **May 20, 2011**                 **/s/ David C. Johnston**
                                           **David C. Johnston 71367**
                                           **Johnston & Johnston**
                                           **627 13th Street, Suite E**
                                           **Modesto, CA 95354**
                                           **(209) 579-1150   Fax: (209) 579-9420**