FILED
November 11, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003895056

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

[CASE NAME]

**Cal State Growth Fund**

Case No. **11-30626**

CHAPTER 11
MONTHLY OPERATING REPORT
(GENERAL BUSINESS CASE)

## SUMMARY OF FINANCIAL STATUS

MONTH ENDED: **10/31/11**          PETITION DATE: **4/29/11**

Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).

Dollars reported in ___ $1

| Asset and Liability Structure | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| a. Current Assets | $0 | | |
| b. Total Assets | $0 | | |
| c. Current Liabilities | $0 | | |
| d. Total Liabilities | $0 | | |

| Statement of Cash Receipts & Disbursements for Month | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| a. Total Receipts | 53,596.23 $0 | 53,679.15 | $0 |
| b. Total Disbursements | 32,958.56 $0 | 21,258.76 | $0 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | 20,637.67 $0 | 32,420.39 $0 | $0 |
| d. Cash Balance Beginning of Month | 340,565.98 $0 | | $0 |
| e. Cash Balance End of Month (c + d) | 302,590.17 $0 | $0 | $0 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| Profit/(Loss) from the Statement of Operations | 20,637.67 | 32,420.39 | |
| Account Receivables (Pre and Post Petition) | 102,556.73 $0 | 102,440.13 | |
| Post-Petition Liabilities | $0 | | |
| Past Due Post-Petition Account Payables (over 30 days) | $0 | | |

At the end of this reporting month:

| | Yes | No |
|---|---|---|
| Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | ✓ |
| Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | ✓ |
| If the answer is yes to 8 or 9, were all such payments approved by the court? | | ✓ |
| Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | ✓ |
| Is the estate insured for replacement cost of assets and for general liability? | ✓ | |
| Are a plan and disclosure statement on file? | ✓ | |
| Was there any post-petition borrowing during this reporting period? | | |

Check if paid: Post-petition taxes ___ ; U.S. Trustee Quarterly Fees ✓ ; Check if filing is current for: Post-petition tax reporting and tax returns: ✓

(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: **11/9/11**

_Monica Rabena_
Responsible Individual

Revised 3/15/99

(General Business Case)
For the Month Ended __10|31|11__

| Current Month | | | | Cumulative (Case to Date) | Next Month Forecast |
|---|---|---|---|---|---|
| Actual | Forecast | Variance | | | |
| | | | **Revenues:** | | |
| | | $0 | 1 Gross Sales | | |
| | | $0 | 2 less: Sales Returns & Allowances | | |
| $0 | $0 | $0 | 3 Net Sales | $0 | $0 |
| $0 | | $0 | 4 less: Cost of Goods Sold (Schedule 'B') | | |
| $0 | $0 | $0 | 5 Gross Profit | $0 | $0 |
| | | $0 | 6 Interest | | |
| 47,112.23 | | $0 | 7 Other Income: | | |
| 4,826.00 | | $0 | 8 Rental Income | | |
| 1658.00 | | $0 | 9 Loan fee Income | | |
| 53,596.23 | $0 | $0 | 10 **Total Revenues** | $0 | $0 |
| | | | | | |
| | | | **Expenses:** | | |
| | | $0 | 11 Compensation to Owner(s)/Officer(s) | | |
| | | $0 | 12 Salaries | | |
| | | $0 | 13 Commissions | | |
| | | $0 | 14 Contract Labor | | |
| | | | Rent/Lease: | | |
| | | $0 | 15 Personal Property | | |
| | | $0 | 16 Real Property | | |
| | | $0 | 17 Insurance | | |
| | | $0 | 18 Management Fees | | |
| | | $0 | 19 Depreciation | | |
| | | | Taxes: | | |
| | | $0 | 20 Employer Payroll Taxes | | |
| | | $0 | 21 Real Property Taxes | | |
| | | $0 | 22 Other Taxes | | |
| | | $0 | 23 Other Selling | | |
| | | $0 | 24 Other Administrative | | |
| | | $0 | 25 Interest | | |
| | | $0 | 26 Other Expenses: | | |
| 253.46 | | $0 | 27 Bank fees | | |
| 9036.76 | | $0 | 28 CSHL PIR | | |
| 1134.20 | | $0 | 29 CSHL G&0 Reimb for loan | | |
| 9796.57 | | $0 | 30 Loan Servicing | | |
| 11,482.03 | | $0 | 31 REO Expenses | | |
| 280.54 | | $0 | 32 License | | |
| | | $0 | 33 | | |
| | | $0 | 34 | | |
| 31,983.56 | $0 | $0 | 35 **Total Expenses** | $0 | $0 |
| | | | | | |
| 21,612.967 | $0 | $0 | 36 Subtotal | $0 | $0 |
| | | | | | |
| | | | **Reorganization Items:** | | |
| | | $0 | 37 Professional Fees | | |
| | | $0 | 38 Provisions for Rejected Executory Contracts | | |
| | | $0 | 39 Interest Earned on Accumulated Cash from Resulting Chp 11 Case | | |
| | | $0 | 40 Gain or (Loss) from Sale of Equipment | | |
| 975.00 | | $0 | 41 U.S. Trustee Quarterly Fees | | |
| | | $0 | 42 | | |
| 975 $0 | $0 | $0 | 43 **Total Reorganization Items** | $0 | $0 |
| | | | | | |
| $0 | $0 | $0 | 44 **Net Profit (Loss) Before Federal & State Taxes** | $0 | $0 |
| | | $0 | 45 Federal & State Income Taxes | | |
| 20,637.67 | $0 | $0 | 46 Net Profit (Loss) | $0 | $0 |

an Explanation of Variance to Statement of Operations (For variances greater than +/- 10% only):

# BALANCE SHEET
## (General Business Case)
For the Month Ended  10/31/11

Assets

|  | | From Schedules | Market Value |
|---|---|---|---|
| | Current Assets | | |
| 1 | Cash and cash equivalents - unrestricted | | 302,590.17 |
| 2 | Cash and cash equivalents - restricted | | |
| 3 | Accounts receivable (net) | A | 102,556.73 $0 |
| 4 | Inventory | B | $0 |
| 5 | Prepaid expenses | | |
| 6 | Professional retainers | | |
| 7 | Other: | | |
| 8 | | | |
| 9 | **Total Current Assets** | | 405,146.90 $0 |

Property and Equipment (Market Value)

| 0 | Real property | C | 8,404,322.56 $0 |
|---|---|---|---|
| 1 | Machinery and equipment | D | $0 |
| 2 | Furniture and fixtures | D | $0 |
| 3 | Office equipment | D | $0 |
| 4 | Leasehold improvements | D | $0 |
| 5 | Vehicles | D | $0 |
| 6 | Other: | D | |
| 7 | | D | |
| 8 | | D | |
| 9 | | D | |
| 0 | | D | |
| 1 | **Total Property and Equipment** | | 8,404,322.56 $0 |

Other Assets

| 2 | Loans to shareholders | | |
|---|---|---|---|
| 3 | Loans to affiliates | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | **Total Other Assets** | | $0 |
| 9 | **Total Assets** | | 8,809,469.46 $0 |

NOTE:
Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

# Liabilities and Equity
## (General Business Case)

**Liabilities From Schedules**

### Post-Petition

#### Current Liabilities

|  |  |  |
|---|---|---|
| Salaries and wages |  |  |
| Payroll taxes |  |  |
| Real and personal property taxes |  |  |
| Income taxes |  |  |
| Sales taxes |  |  |
| Notes payable (short term) |  |  |
| Accounts payable (trade) | A | $0 |
| Real property lease arrearage |  |  |
| Personal property lease arrearage |  |  |
| Accrued professional fees |  |  |
| Current portion of long-term post-petition debt (due within 12 months) |  |  |
| Other: Certificates Payable |  | 8,843,841.07 |
| Lease Option |  | 37,278.00 |

Total Current Liabilities — $0

**Long-Term Post-Petition Debt, Net of Current Portion**

Total Post-Petition Liabilities — $0

### Pre-Petition Liabilities (allowed amount)

| Secured claims | F | $0 |
|---|---|---|
| Priority unsecured claims | F | 4,985.00  $0 |
| General unsecured claims | F | $0 |

Total Pre-Petition Liabilities — $0

Total Liabilities — 8,886,074.07  $0

## Equity (Deficit)

| Retained Earnings/(Deficit) at time of filing | 104,993.56 |
|---|---|
| Capital Stock | 316,241.00 |
| Additional paid-in capital |  |
| Cumulative profit/(loss) since filing of case |  |
| Post-petition contributions/(distributions) or (draws) |  |
| Net Income | (177,839.17) |
| Market value adjustment |  |

Total Equity (Deficit) — (76,609.91)  $0

Total Liabilities and Equity (Deficit) — 8,809,469.46  $0

## SCHEDULES TO THE BALANCE SHEET
(General Business Case)

### Schedule A

Accounts Receivable and (Net) Payable

| vables and Payables Agings | Accounts Receivable [Pre and Post Petition] | Accounts Payable [Post Petition] | Past Due Post Petition Debt |
|---|---|---|---|
| 30 Days | | | |
| -60 Days | | | |
| -90 Days | | | $0 |
| + Days | | | |
| tal accounts receivable/payable | 102,556.73 $0 | $0 | |
| lowance for doubtful accounts | | | |
| :counts receivable (net) | 102,556.73 $0 | | |

### Schedule B
Inventory/Cost of Goods Sold

| ; and Amount of Inventory(ies) | Inventory(ies) Balance at End of Month | Cost of Goods Sold | |
|---|---|---|---|
| | | Inventory Beginning of Month | |
| | | Add - | |
| :tail/Restaurants - | | Net purchase | |
| 'roduct for resale | | Direct labor | |
| | | Manufacturing overhead | |
| stribution - | | Freight in | |
| 'roducts for resale | | Other: | |
| anufacturer - | | | |
| :aw Materials | | | |
| Vork-in-progress | | Less - | |
| 'inished goods | | Inventory End of Month | |
| | | Shrinkage | |
| :her - Explain | | Personal Use | |
| | | Cost of Goods Sold | $0 |
| TOTAL | $0 | | |

| ethod of Inventory Control | Inventory Valuation Methods |
|---|---|
| ɔ you have a functioning perpetual inventory system? | Indicate by a checkmark method of inventory used. |
| Yes _____ No _____ | |
| ɔw often do you take a complete physical inventory? | Valuation methods - |
| | FIFO cost |
| Veekly _____ | LIFO cost |
| Aonthly _____ | Lower of cost or market |
| Quarterly _____ | Retail method |
| ;emi-annually _____ | Other |
| Annually _____ | Explain |
| of last physical inventory was | |
| of next physical inventory is | |

Schedule C
Real Property

| cription | Cost | Market Value |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Total | $0 | $0 |

Schedule D
Other Depreciable Assets

| cription | Cost | Market Value |
|---|---|---|
| hinery & Equipment - |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Total | $0 | $0 |
| iture & Fixtures - |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Total | $0 | $0 |
| e Equipment - |  |  |
|  |  |  |
|  |  |  |
| Total | $0 | $0 |
| ehold Improvements - |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Total | $0 | $0 |
| cles - |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Total | $0 | $0 |

STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
Increase/(Decrease) in Cash and Cash Equivalents
For the Month Ended 10/31/11

|  | Actual<br>Current Month | Cumulative<br>(Case to Date) |
|---|---|---|
| Cash Receipts |  |  |
| Rent/Leases Collected |  |  |
| Cash Received from Sales | 4,826.00 |  |
| Interest Received |  |  |
| Borrowings | 47,112.23 |  |
| Funds from Shareholders, Partners, or Other Insiders |  |  |
| Capital Contributions |  |  |
| Loan fee Income | 1,658.00 |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Total Cash Receipts | 53,596.23 $0 | $0 |
| Cash Disbursements |  |  |
| Payments for Inventory |  |  |
| Selling |  |  |
| Administrative — Bank Fees | 253.46 |  |
| Capital Expenditures |  |  |
| Principal Payments on Debt |  |  |
| Interest Paid |  |  |
| Rent/Lease: |  |  |
| Personal Property |  |  |
| Real Property |  |  |
| Amount Paid to Owner(s)/Officer(s) |  |  |
| Salaries |  |  |
| Draws |  |  |
| Commissions/Royalties |  |  |
| Expense Reimbursements |  |  |
| Other |  |  |
| Salaries/Commissions (less employee withholding) |  |  |
| Management Fees — Loan Servicing | 9,796.57 |  |
| Taxes: |  |  |
| Employee Withholding |  |  |
| Employer Payroll Taxes |  |  |
| Real Property Taxes |  |  |
| Other Taxes |  |  |
| Other Cash Outflows: |  |  |
| CSML PIR | 9,036.76 |  |
| CSML Exp Reim for loan | 1,134.20 |  |
| Trustee fees | 975.00 |  |
| REO Expenses | 11,482.03 |  |
| CSGF License for Dept of Corp | 280.54 |  |
| Total Cash Disbursements: | 32,958.56 $0 | $0 |
| t Increase (Decrease) in Cash |  $0 | $0 |
| sh Balance, Beginning of Period | 53,596.23 |  |
| sh Balance, End of Period | 20,637.67 $0 | $0 |

Revised 3/15/99

## Schedule E
### Aging of Post-Petition Taxes
(As of End of the Current Reporting Period)

| es Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| eral | | | | | |
|   Income Tax Withholding | | | | | $0 |
|   FICA - Employee | | | | | $0 |
|   FICA - Employer | | | | | $0 |
|   Unemployment (FUTA) | | | | | $0 |
|   Income | | | | | $0 |
|   Other (Attach List) | | | | | $0 |
| l Federal Taxes | $0 | $0 | $0 | $0 | $0 |
| e and Local | | | | | $0 |
|   Income Tax Withholding | | | | | $0 |
|   Unemployment (UT) | | | | | $0 |
|   Disability Insurance (DI) | | | | | $0 |
|   Empl. Training Tax (ETT) | | | | | $0 |
|   Sales | | | | | $0 |
|   Excise | | | | | $0 |
|   Real property | | | | | $0 |
|   Personal property | | | | | $0 |
|   Income | | | | | $0 |
|   Other (Attach List) | | | | | $0 |
| State & Local Taxes | $0 | $0 | $0 | $0 | $0 |
| Taxes | $0 | $0 | $0 | $0 | $0 |

## Schedule F
### Pre-Petition Liabilities

| otal Claims For Each Classification - | Claimed Amount | Allowed Amount (b) |
|---|---|---|
| Secured claims (a) | | |
| Priority claims other than taxes | | |
| Priority tax claims | | |
| General unsecured claims | | |

(a)   List total amount of claims even it under secured.

(b)   Estimated amount of claim to be allowed after compromise or litigation. As an example, you are a defendant in a lawsuit alleging damage of $10,000,000 and a proof of claim is filed in that amount. You believe that you can settle the case for a claim of $3,000,000. For Schedule F reporting purposes you should list $10,000,000 as the Claimed Amount and $3,000,000 as the Allowed Amount.

## Schedule G
### Rental Income Information
Not applicable to General Business Cases

## Schedule H
### Recapitulation of Funds Held at End of Month

| | Account 1 | Account 2 | Account 3 | Account 4 | | |
|---|---|---|---|---|---|---|
| t Type | BANK OF STOCKTON | | | | | |
| | Checking | Checking | Checking | Checking | Checking | Checking |
| t No. | 2804112701 | 2804119401 | 2804120801 | 2804121601 | 2804122401 | 2804123201 |
| t Purpose | | TRUST ACCOUNT FOR CERTIFICATE HOLDERS | | | | |
| , End of Month | 236.11 | 88,404.96 | 43,944.15 | 75,533.66 | 70,652.66 | 41,027.64 |
| nds on Hand for all Accounts | 319,769.18 | $0 | | | | |

opies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

## STATEMENT OF CASH FLOWS

(Optional) Increase/(Decrease) in Cash and Cash Equivalents

For the Month Ended _____

| | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|
| Cash Flows From Operating Activities | | |
| Cash Received from Sales | | |
| Rent/Leases Collected | | |
| Interest Received | | |
| Cash Paid to Suppliers | | |
| Cash Paid for Selling Expenses | | |
| Cash Paid for Administrative Expenses | | |
| Cash Paid for Rents/Leases: | | |
| Personal Property | | |
| Real Property | | |
| Cash Paid for Interest | | |
| Cash Paid for Net Payroll and Benefits | | |
| Cash Paid to Owner(s)/Officer(s) | | |
| Salaries | | |
| Draws | | |
| Commissions/Royalties | | |
| Expense Reimbursements | | |
| Other | | |
| Cash Paid for Taxes Paid/Deposited to Tax Acct. | | |
| Employer Payroll Tax | | |
| Employee Withholdings | | |
| Real Property Taxes | | |
| Other Taxes | | |
| Cash Paid for General Expenses | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Net Cash Provided (Used) by Operating Activities before Reorganization Items | $0 | $0 |
| Cash Flows From Reorganization Items | | |
| | | |
| Interest Received on Cash Accumulated Due to Chp 11 Case | | |
| Professional Fees Paid for Services in Connection with Chp 11 Case | | |
| U.S. Trustee Quarterly Fees | | |
| | | |
| Net Cash Provided (Used) by Reorganization Items | $0 | $0 |
| Net Cash Provided (Used) for Operating Activities and Reorganization Items | $0 | $0 |
| Cash Flows From Investing Activities | | |
| | | |
| Capital Expenditures | | |
| Proceeds from Sales of Capital Goods due to Chp 11 Case | | |
| | | |
| Net Cash Provided (Used) by Investing Activities | $0 | $0 |
| Cash Flows From Financing Activities | | |
| | | |
| Net Borrowings (Except Insiders) | | |
| Net Borrowings from Shareholders, Partners, or Other Insiders | | |
| Capital Contributions | | |
| Principal Payments | | |
| | | |
| Net Cash Provided (Used) by Financing Activities | $0 | $0 |
| Net Increase (Decrease) in Cash and Cash Equivalents | $0 | $0 |
| Cash and Cash Equivalents at Beginning of Month | | |
| Cash and Cash Equivalents at End of Month | $0 | $0 |

Revised 3/15/99

# CAL STATE GROWTH FUND
## Balance Sheet
### As of October 31, 2011

11/08/11

| | Oct 31, 11 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Corp. - Checking | 236.11 |
| CSGF I - Certificate Trust | 86,510.66 |
| CSGF II - Certificate Trust | 41,722.54 |
| CSGF III - Certificate Trust | 73,450.26 |
| CSGF IV - Certificate Trust | 64,085.77 |
| CSGF V - Certificate Trust | 36,584.83 |
| **Total Checking/Savings** | 302,590.17 |
| **Total Current Assets** | 302,590.17 |
| **Fixed Assets** | |
| **CMO Software** | |
| Original Cost | 13,264.65 |
| CSGF I - Software | 6,000.00 |
| CSGF II - Software | 6,000.00 |
| CSGF III - Software | 6,000.00 |
| CSGF IV - Software | 6,000.00 |
| CSGF V - Software | 6,000.00 |
| Depreciation | (43,264.65) |
| **Total CMO Software** | 0.00 |
| **Organizational Costs** | |
| Original Cost | 42,720.01 |
| Depreciation | (42,720.01) |
| **Total Organizational Costs** | 0.00 |
| **Total Fixed Assets** | 0.00 |
| **Other Assets** | |
| Accounts Receivable | 102,556.73 |
| **Loan Receivable** | |
| CSGF I | 1,440,246.53 |
| CSGF II | 919,115.05 |
| CSGF III | 1,610,310.20 |
| CSGF IV | 1,309,239.47 |
| CSGF V | 1,102,619.89 |
| **Total Loan Receivable** | 6,381,531.14 |
| **Real Estate Owned** | |
| CSGF I | 628,234.39 |
| CSGF II | 267,865.24 |
| CSGF III | 670,863.34 |
| CSGF IV | 204,941.87 |
| CSGF V | 250,886.58 |
| **Total Real Estate Owned** | 2,022,791.42 |
| **Total Other Assets** | 8,506,879.29 |
| **TOTAL ASSETS** | 8,809,469.46 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Other Current Liabilities** | |
| **CSGF IV** | |
| Purchase Option - Clarkson | 10,600.00 |
| **Total CSGF IV** | 10,600.00 |

CAL STATE GROWTH FUND
# Balance Sheet
As of October 31, 2011

11/08/11

|  | Oct 31, 11 |
|---|---|
| **CSGF III** | |
| Purchase Option | 1,500.00 |
| Total CSGF III | 1,500.00 |
| **CSGF V** | |
| Purchase Option - West Ave | 393.00 |
| Purchase Option - Hayes Street | 24,785.00 |
| Total CSGF V | 25,178.00 |
| Total Other Current Liabilities | 37,278.00 |
| **Total Current Liabilities** | 37,278.00 |
| **Long Term Liabilities** | |
| Certificates Payable | |
| CSGF I | 2,347,046.00 |
| CSGF II | 1,316,500.00 |
| CSGF III | 2,424,500.00 |
| CSGF IV | 1,471,900.64 |
| CSGF V | 1,283,894.43 |
| Total Certificates Payable | 8,843,841.07 |
| Note Payable | |
| L. Belling | 4,955.00 |
| Total Note Payable | 4,955.00 |
| Total Long Term Liabilities | 8,848,796.07 |
| **Total Liabilities** | 8,886,074.07 |
| **Equity** | |
| Capital Stock | 36,241.00 |
| Retained Earnings | 64,993.56 |
| Net Income | (177,839.17) |
| Total Equity | (76,604.61) |
| **TOTAL LIABILITIES & EQUITY** | 8,809,469.46 |

CAL STATE GROWTH FUND
# Profit & Loss
October 2011

11/09/11

|  | Oct 11 |
|---|---|
| **Income** | |
| Other Fee Income | 534.00 |
| Document Fee | 495.00 |
| Discounts | |
| Earned Discounts | 629.00 |
| **Total Discounts** | 629.00 |
| Interest Income | 47,112.23 |
| Rental Income | 4,826.00 |
| **Total Income** | 53,596.23 |
| **Expense** | |
| U.S. Trustee Fees | 975.00 |
| Bank Chgs/Checks Etc. | 253.46 |
| CSHL - Expense Reimbursem... | 1,134.20 |
| CSHL - P/R Reimbursement | 9,036.76 |
| License & Bond | 280.54 |
| Loan Servicing Fees | 9,796.57 |
| REO Expenses | |
| CSGF I | 805.59 |
| CSGF II | 2,828.10 |
| CSGF III | 2,055.07 |
| CSGF IV | 2,440.05 |
| CSGF V | 3,353.22 |
| **Total REO Expenses** | 11,482.03 |
| **Total Expense** | 32,958.56 |
| **Net Income** | 20,637.67 |



**BANK OF STOCKTON**
*Divisions*
ELK GROVE COMMERCE BANK
MODESTO COMMERCE BANK
TURLOCK COMMERCE BANK

```
CAL STATE GROWTH FUND
P O BOX 7636
STOCKTON CA 95267
```

```
                                         *Page    1

                                          10-31-11
                                          2804112701
```

```
        2804112701        Business Analyzed Checking
SUMMARY  ********************************************************
    Previous Balance      9-30-11           1,790.83
  + Deposits/Credit        3                  536.74
  - Checks/Debits          3                1,838.00
  - Service Charge                            253.46
    Current Balance                           236.11
    Days in Current Period      31


DESCRIPTIVE TRANSACTIONS  **********************************************
    Date          Tracer    Description                    Amount
    10-07         10        CUSTOMER DEPOSIT               320.00
    10-14          9        CUSTOMER DEPOSIT               190.46
    10-21         12        CUSTOMER DEPOSIT                26.28
    10-31        999        SERVICE CHG SYS-GEN            253.46-


EFT ACTIVITY  **************************************************
    Date          Tracer    Description                    Amount
    10-14                   IB FR DDA TO DDA 002804130501  1211.26-


CHECKS PAID ***************************************************
    Serial No.  Date        Amount      Serial No.  Date      Amount
        2645 10-17          346.20          2646 10-31        280.54


DAILY BALANCE SUMMARY  ********************************************
    Date       Balance     Date     Balance     Date       Balance
    9-30       1790.83     10-07    2110.83      10-14      1090.03
    10-17       743.83     10-21     770.11      10-31       236.11


OVERDRAFT CHARGES/REFUNDS SUMMARY  ****************************
                                         This Cycle       YTD
    Total Net Returned Item Fees            .00           .00
    Total Net Overdraft Fees                .00           .00
    Total Net Fees Charged                  .00           .00
```

FDIC

END OF STATEMENT          P.O. Box 1110 • Stockton  CA 95201          Enclosures      5



# CAL STATE GROWTH FUND
## Reconciliation Summary
### Corp. - Checking, Period Ending 10/31/2011

|  | Oct 31, 11 |
|---|---|
| **Beginning Balance** | 1,790.83 |
| **Cleared Transactions** |  |
| Checks and Payments - 4 items | -2,091.46 |
| Deposits and Credits - 3 items | 536.74 |
| **Total Cleared Transactions** | -1,554.72 |
| **Cleared Balance** | 236.11 |
| Register Balance as of 10/31/2011 | 236.11 |
| **Ending Balance** | 236.11 |

# CAL STATE GROWTH FUND
## Reconciliation Detail
### Corp. - Checking, Period Ending 10/31/2011

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 1,790.83 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 4 items** | | | | | | |
| Check | 10/6/2011 | 2645 | Seattle Specialty In... | X | -346.20 | -346.20 |
| Check | 10/14/2011 | D.M. | Cal State Home Lo... | X | -1,211.26 | -1,557.46 |
| Check | 10/26/2011 | 2646 | Department of Corp... | X | -280.54 | -1,838.00 |
| Check | 10/31/2011 | | | X | -253.46 | -2,091.46 |
| Total Checks and Payments | | | | | -2,091.46 | -2,091.46 |
| **Deposits and Credits - 3 items** | | | | | | |
| Deposit | 10/7/2011 | DEP | | X | 320.00 | 320.00 |
| Deposit | 10/14/2011 | DEP | CSHL Trust A/C | X | 190.46 | 510.46 |
| Deposit | 10/21/2011 | DEP | CSHL Trust A/C | X | 26.28 | 536.74 |
| Total Deposits and Credits | | | | | 536.74 | 536.74 |
| Total Cleared Transactions | | | | | -1,554.72 | -1,554.72 |
| **Cleared Balance** | | | | | -1,554.72 | 236.11 |
| Register Balance as of 10/31/2011 | | | | | -1,554.72 | 236.11 |
| **Ending Balance** | | | | | -1,554.72 | 236.11 |



**BANK OF STOCKTON**
— *Divisions* —
ELK GROVE COMMERCE BANK
MODESTO COMMERCE BANK
TURLOCK COMMERCE BANK

```
CAL STATE GROWTH FUND
I CERTIFICATE
TRUST ACCOUNT I                        *Page    1
P O BOX 7636
STOCKTON CA 95267                      10-31-11
                                       2804119401
```

```
             2804119401      Business Analyzed Checking
SUMMARY  *****************************************************************
    Previous Balance      9-30-11          56,863.11
  + Deposits/Credit             5          33,507.20
  - Checks/Debits               2           1,905.35
  - Service Charge                               .00
    Current Balance                        88,464.96
    Days in Current Period      31

DESCRIPTIVE TRANSACTIONS  *********************************************
    Date        Tracer   Description                        Amount
    10-07          11    CUSTOMER DEPOSIT                   3637.62
    10-14           9    CUSTOMER DEPOSIT                   4542.25
    10-21          10    CUSTOMER DEPOSIT                   1558.66
    10-31          17    CUSTOMER DEPOSIT                   2050.34

EFT ACTIVITY  *********************************************************
    Date        Tracer   Description                        Amount
    10-05  Sold Padilla Note  IB TO DDA FR DDA 002804123201    21718.33
    10-31                IB FR DDA TO DDA 002804130501       1565.10-

CHECKS PAID  *********************************************************
    Serial No. Date        Amount    Serial No.  Date       Amount
       7651 10-17          340.25

DAILY BALANCE SUMMARY  ***********************************************
    Date      Balance      Date     Balance    Date     Balance
    9-30      56863.11    10-05    78581.44    10-07    82219.06
   10-14      86761.31    10-17    86421.06    10-21    87979.72
   10-31      88464.96

OVERDRAFT CHARGES/REFUNDS SUMMARY  ***********************************
                                         This Cycle       YTD
    Total Net Returned Item Fees              .00         .00
    Total Net Overdraft Fees                  .00         .00
    Total Net Fees Charged                    .00         .00
```

FDIC

END OF STATEMENT          P.O. Box 1110 • Stockton CA 95201          Enclosures     5



# CAL STATE GROWTH FUND
## Reconciliation Summary
### CSGF I - Certificate Trust, Period Ending 10/31/2011

|  |  | Oct 31, 11 |
|---|---|---|
| Beginning Balance |  | 56,863.11 |
| Cleared Transactions |  |  |
| Checks and Payments - 2 items | -1,905.35 |  |
| Deposits and Credits - 5 items | 33,507.20 |  |
| Total Cleared Transactions |  | 31,601.85 |
| Cleared Balance |  | 88,464.96 |
| Uncleared Transactions |  |  |
| Checks and Payments - 6 items | -1,954.30 |  |
| Total Uncleared Transactions |  | -1,954.30 |
| Register Balance as of 10/31/2011 |  | 86,510.66 |
| Ending Balance |  | 86,510.66 |

10:27 AM

11/04/11

# CAL STATE GROWTH FUND
## Reconciliation Detail
### CSGF I - Certificate Trust, Period Ending 10/31/2011

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 56,863.11 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 2 items** | | | | | | |
| Check | 10/6/2011 | 7651 | Seattle Specialty In... | X | -340.25 | -340.25 |
| Check | 10/31/2011 | D.M. | Cal State Home Lo... | X | -1,565.10 | -1,905.35 |
| Total Checks and Payments | | | | | -1,905.35 | -1,905.35 |
| **Deposits and Credits - 5 items** | | | | | | |
| Deposit | 10/5/2011 | DEP | CSGF V | X | 21,718.33 | 21,718.33 |
| Deposit | 10/7/2011 | DEP | CSHL Trust A/C | X | 3,637.62 | 25,355.95 |
| Deposit | 10/14/2011 | DEP | CSHL Trust A/C | X | 4,542.25 | 29,898.20 |
| Deposit | 10/21/2011 | DEP | | X | 1,558.66 | 31,456.86 |
| Deposit | 10/31/2011 | DEP | CSHL Trust A/C | X | 2,050.34 | 33,507.20 |
| Total Deposits and Credits | | | | | 33,507.20 | 33,507.20 |
| Total Cleared Transactions | | | | | 31,601.85 | 31,601.85 |
| **Cleared Balance** | | | | | 31,601.85 | 88,464.96 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 6 items** | | | | | | |
| Check | 9/30/2008 | 6958 | Van Noy #100573 | | -734.08 | -734.08 |
| Check | 9/30/2008 | 6959 | Van Noy #100573 | | -471.35 | -1,205.43 |
| Check | 12/31/2010 | 7535 | Barcenas #100517 | | -46.67 | -1,252.10 |
| Check | 2/28/2011 | 7582 | Olmos #100519 | | -41.86 | -1,293.96 |
| Check | 10/26/2011 | 7652 | Merced County Tax... | | -465.34 | -1,759.30 |
| Check | 10/27/2011 | 7653 | U.S. Trustee | | -195.00 | -1,954.30 |
| Total Checks and Payments | | | | | -1,954.30 | -1,954.30 |
| Total Uncleared Transactions | | | | | -1,954.30 | -1,954.30 |
| Register Balance as of 10/31/2011 | | | | | 29,647.55 | 86,510.66 |
| **Ending Balance** | | | | | **29,647.55** | 86,510.66 |



**BANK OF STOCKTON**
— Divisions —
**ELK GROVE COMMERCE BANK**
**MODESTO COMMERCE BANK**
**TURLOCK COMMERCE BANK**

```
CAL STATE GROWTH FUND
II CERTIFICATE
TRUST ACCOUNT II                        *Page    1
P O BOX 7636
STOCKTON CA 95267                        10-31-11
                                         2804120801
```

```
          2804120801          Business Analyzed Checking

SUMMARY ***********************************************************************
    Previous Balance        9-30-11           40,710.23
  + Deposits/Credit             3              6,018.64
  - Checks/Debits               4              2,784.72
  - Service Charge                                   .00
    Current Balance                           43,944.15
    Days in Current Period     31


DESCRIPTIVE TRANSACTIONS ******************************************************
    Date          Tracer   Description                            Amount
    10-07            11     CUSTOMER DEPOSIT                      2588.22
    10-14             9     CUSTOMER DEPOSIT                      2980.42
    10-21            10     CUSTOMER DEPOSIT                       450.00


EFT ACTIVITY  *****************************************************************
    Date          Tracer   Description                            Amount
    10-31                   IB FR DDA TO DDA 002804130501        1565.10-


CHECKS PAID *******************************************************************
    Serial No. Date       Amount       Serial No. Date           Amount
       7505 10-17          46.88          7508*10-31            1007.74
       7506 10-17         165.00


DAILY BALANCE SUMMARY *********************************************************
    Date      Balance     Date      Balance     Date      Balance
    9-30    40710.23     10-07    43298.45     10-14    46278.87
    10-17   46066.99     10-21    46516.99     10-31    43944.15


OVERDRAFT CHARGES/REFUNDS SUMMARY *********************************************
                                        This Cycle          YTD
    Total Net Returned Item Fees            .00             .00
    Total Net Overdraft Fees                .00             .00
    Total Net Fees Charged                  .00             .00
```

 FDIC

END OF STATEMENT          P.O. Box 1110 • Stockton CA 95201          Enclosures     6



10:30 AM

11/04/11

# CAL STATE GROWTH FUND
## Reconciliation Summary
### CSGF II - Certificate Trust, Period Ending 10/31/2011

|  | Oct 31, 11 |
|---|---|
| **Beginning Balance** | 40,710.23 |
| Cleared Transactions |  |
| Checks and Payments - 4 items | -2,784.72 |
| Deposits and Credits - 3 items | 6,018.64 |
| Total Cleared Transactions | 3,233.92 |
| **Cleared Balance** | 43,944.15 |
| Uncleared Transactions |  |
| Checks and Payments - 4 items | -2,221.61 |
| Total Uncleared Transactions | -2,221.61 |
| **Register Balance as of 10/31/2011** | 41,722.54 |
| **Ending Balance** | 41,722.54 |

# CAL STATE GROWTH FUND
## Reconciliation Detail
### CSGF II - Certificate Trust, Period Ending 10/31/2011

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 40,710.23 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 4 items** | | | | | | |
| Check | 10/6/2011 | 7505 | Seattle Specialty In... | X | -46.88 | -46.88 |
| Check | 10/14/2011 | 7506 | Tower Park Village ... | X | -165.00 | -211.88 |
| Check | 10/26/2011 | 7508 | Shabbir A. Khan | X | -1,007.74 | -1,219.62 |
| Check | 10/31/2011 | D.M. | Cal State Home Lo... | X | -1,565.10 | -2,784.72 |
| Total Checks and Payments | | | | | -2,784.72 | -2,784.72 |
| **Deposits and Credits - 3 items** | | | | | | |
| Deposit | 10/7/2011 | DEP | CSHL Trust A/C | X | 2,588.22 | 2,588.22 |
| Deposit | 10/14/2011 | DEP | CSHL Trust A/C | X | 2,980.42 | 5,568.64 |
| Deposit | 10/21/2011 | DEP | | X | 450.00 | 6,018.64 |
| Total Deposits and Credits | | | | | 6,018.64 | 6,018.64 |
| Total Cleared Transactions | | | | | 3,233.92 | 3,233.92 |
| **Cleared Balance** | | | | | 3,233.92 | 43,944.15 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 4 items** | | | | | | |
| Check | 6/24/2009 | 7128 | Jauch #2622 | | -211.88 | -211.88 |
| Check | 9/30/2010 | 7385 | Jauch #2622 | | -206.25 | -418.13 |
| Check | 10/26/2011 | 7507 | Vicki Crow, C.P.A. | | -1,608.48 | -2,026.61 |
| Check | 10/27/2011 | 7509 | U.S. Trustee | | -195.00 | -2,221.61 |
| Total Checks and Payments | | | | | -2,221.61 | -2,221.61 |
| Total Uncleared Transactions | | | | | -2,221.61 | -2,221.61 |
| Register Balance as of 10/31/2011 | | | | | 1,012.31 | 41,722.54 |
| **Ending Balance** | | | | | 1,012.31 | 41,722.54 |

# BANK OF STOCKTON
— Divisions —
**ELK GROVE COMMERCE BANK**
**MODESTO COMMERCE BANK**
**TURLOCK COMMERCE BANK**

CAL STATE GROWTH FUND
III CERTIFICATE
TRUST ACCOUNT III
P O BOX 7636
STOCKTON CA 95267

*Page    1

10-31-11
2804121601

---

2804121601        Business Analyzed Checking

SUMMARY  ************************************************************
Previous Balance       9-30-11        49,097.12
+  Deposits/Credit         6          28,168.31
-  Checks/Debits           2           1,731.77
-  Service Charge                          .00
Current Balance                       75,533.66
Days in Current Period    31

DESCRIPTIVE TRANSACTIONS  *********************************************
| Date | Tracer | Description | Amount |
|------|--------|-------------|--------|
| 10-07 | 11 | CUSTOMER DEPOSIT | 4564.78 |
| 10-14 | 9 | CUSTOMER DEPOSIT | 5792.27 |
| 10-21 | 12 | CUSTOMER DEPOSIT | 741.31 |
| 10-21 | 12 | CREDIT ADJUSTMENT | .03 |
| 10-31 | 17 | CUSTOMER DEPOSIT | 781.16 |

EFT ACTIVITY  *********************************************************
| Date | Tracer | Description | Amount |
|------|--------|-------------|--------|
| 10-05 | *Sold Padilla Note* | IB TO DDA FR DDA 002804123201 | 16288.76 |
| 10-31 | | IB FR DDA TO DDA 002804130501 | 1565.10- |

CHECKS PAID  *********************************************************
| Serial No. | Date | Amount | Serial No. | Date | Amount |
|------------|------|--------|------------|------|--------|
| 10795 | 10-17 | 166.67 | | | |

DAILY BALANCE SUMMARY  ***********************************************
| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 9-30 | 49097.12 | 10-05 | 65385.88 | 10-07 | 69950.66 |
| 10-14 | 75742.93 | 10-17 | 75576.26 | 10-21 | 76317.60 |
| 10-31 | 75533.66 | | | | |

OVERDRAFT CHARGES/REFUNDS SUMMARY ********************************************
| | This Cycle | YTD |
|--|-----------|-----|
| Total Net Returned Item Fees | .00 | .00 |
| Total Net Overdraft Fees | .00 | .00 |
| Total Net Fees Charged | .00 | .00 |

FDIC  Each Deposit Insured to $250,000

END OF STATEMENT        P.O. Box 1110 • Stockton CA 95201        Enclosures    6



10:32 AM

11/04/11

# CAL STATE GROWTH FUND
# Reconciliation Summary
### CSGF III - Certificate Trust, Period Ending 10/31/2011

|  | Oct 31, 11 |
|---|---|
| **Beginning Balance** | 49,097.12 |
| Cleared Transactions | |
| Checks and Payments - 2 items | -1,731.77 |
| Deposits and Credits - 5 items | 28,168.31 |
| Total Cleared Transactions | 26,436.54 |
| **Cleared Balance** | **75,533.66** |
| Uncleared Transactions | |
| Checks and Payments - 3 items | -2,083.40 |
| Total Uncleared Transactions | -2,083.40 |
| **Register Balance as of 10/31/2011** | **73,450.26** |
| New Transactions | |
| Deposits and Credits - 1 item | 3,608.93 |
| Total New Transactions | 3,608.93 |
| **Ending Balance** | **77,059.19** |

10:32 AM

11/04/11

# CAL STATE GROWTH FUND
## Reconciliation Detail
### CSGF III - Certificate Trust, Period Ending 10/31/2011

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 49,097.12 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 2 items** | | | | | | |
| Check | 10/6/2011 | 10795 | Seattle Specialty In... | X | -166.67 | -166.67 |
| Check | 10/31/2011 | D.M. | Cal State Home Lo... | X | -1,565.10 | -1,731.77 |
| Total Checks and Payments | | | | | -1,731.77 | -1,731.77 |
| **Deposits and Credits - 5 items** | | | | | | |
| Deposit | 10/5/2011 | DEP | CSGF V | X | 16,288.76 | 16,288.76 |
| Deposit | 10/7/2011 | DEP | CSHL Trust A/C | X | 4,564.78 | 20,853.54 |
| Deposit | 10/14/2011 | DEP | CSHL Trust A/C | X | 5,792.27 | 26,645.81 |
| Deposit | 10/21/2011 | DEP | CSHL Trust A/C | X | 741.34 | 27,387.15 |
| Deposit | 10/31/2011 | DEP | CSHL Trust A/C | X | 781.16 | 28,168.31 |
| Total Deposits and Credits | | | | | 28,168.31 | 28,168.31 |
| Total Cleared Transactions | | | | | 26,436.54 | 26,436.54 |
| **Cleared Balance** | | | | | 26,436.54 | 75,533.66 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 3 items** | | | | | | |
| Check | 10/26/2011 | 10797 | Stanislaus County ... | | -1,155.28 | -1,155.28 |
| Check | 10/26/2011 | 10796 | Vicki Crow. C.P.A. | | -733.12 | -1,888.40 |
| Check | 10/27/2011 | 10798 | U.S. Trustee | | -195.00 | -2,083.40 |
| Total Checks and Payments | | | | | -2,083.40 | -2,083.40 |
| Total Uncleared Transactions | | | | | -2,083.40 | -2,083.40 |
| **Register Balance as of 10/31/2011** | | | | | 24,353.14 | 73,450.26 |
| **New Transactions** | | | | | | |
| **Deposits and Credits - 1 item** | | | | | | |
| Deposit | 11/4/2011 | DEP | CSHL Trust A/C | | 3,608.93 | 3,608.93 |
| Total Deposits and Credits | | | | | 3,608.93 | 3,608.93 |
| Total New Transactions | | | | | 3,608.93 | 3,608.93 |
| **Ending Balance** | | | | | 27,962.07 | 77,059.19 |



**BANK OF STOCKTON**
──── Divisions ────
ELK GROVE COMMERCE BANK
MODESTO COMMERCE BANK
TURLOCK COMMERCE BANK

```
CAL STATE GROWTH FUND
IV CERTIFICATE
TRUST ACCOUNT - IV                           *Page   1
P O BOX 7636
STOCKTON CA 95267                            10-31-11
                                             2804122401
```

```
            2804122401        Business Analyzed Checking

SUMMARY  *********************************************************
   Previous Balance      9-30-11           63,679.24
   +  Deposits/Credit        4              8,538.52
   -  Checks/Debits          1              1,565.10
   -  Service Charge                             .00
   Current Balance                         70,652.66
   Days in Current Period   31


DESCRIPTIVE TRANSACTIONS  ****************************************
   Date        Tracer   Description                        Amount
   10-07         11     CUSTOMER DEPOSIT                   3464.14
   10-14          9     CUSTOMER DEPOSIT                   2850.65
   10-21         12     CUSTOMER DEPOSIT                   1536.94
   10-31         17     CUSTOMER DEPOSIT                    686.79


EFT ACTIVITY  ****************************************************
   Date        Tracer   Description                        Amount
   10-31                IB FR DDA TO DDA 002804130501     1565.10-


DAILY BALANCE SUMMARY  *******************************************
   Date      Balance      Date      Balance     Date      Balance
   9-30     63679.24     10-07     67143.38     10-14    69994.03
   10-21    71530.97     10-31     70652.66


OVERDRAFT CHARGES/REFUNDS SUMMARY ********************************
                                      This Cycle            YTD
   Total Net Returned Item Fees            .00              .00
   Total Net Overdraft Fees                .00              .00
   Total Net Fees Charged                  .00              .00
```

FDIC
Each Depositor Insured to $100,000
PHYSICAL DEPOSIT INSURANCE CORPORATION



10:34 AM

11/04/11

# CAL STATE GROWTH FUND
## Reconciliation Summary
CSGF IV - Certificate Trust, Period Ending 10/31/2011

|  |  | Oct 31, 11 |
|---|---|---|
| **Beginning Balance** | | 63,679.24 |
| Cleared Transactions | | |
| Checks and Payments - 1 item | -1,565.10 | |
| Deposits and Credits - 4 items | 8,538.52 | |
| Total Cleared Transactions | | 6,973.42 |
| **Cleared Balance** | | 70,652.66 |
| Uncleared Transactions | | |
| Checks and Payments - 7 items | -6,566.89 | |
| Total Uncleared Transactions | | -6,566.89 |
| **Register Balance as of 10/31/2011** | | 64,085.77 |
| New Transactions | | |
| Deposits and Credits - 1 item | 2,240.30 | |
| Total New Transactions | | 2,240.30 |
| **Ending Balance** | | 66,326.07 |

10:34 AM

11/04/11

# CAL STATE GROWTH FUND
## Reconciliation Detail
### CSGF IV - Certificate Trust, Period Ending 10/31/2011

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 63,679.24 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| Check | 10/31/2011 | D.M. | Cal State Home Lo... | X | -1,565.10 | -1,565.10 |
| Total Checks and Payments | | | | | -1,565.10 | -1,565.10 |
| **Deposits and Credits - 4 items** | | | | | | |
| Deposit | 10/7/2011 | DEP | CSHL Trust A/C | X | 3,464.14 | 3,464.14 |
| Deposit | 10/14/2011 | DEP | CSHL Trust A/C | X | 2,850.65 | 6,314.79 |
| Deposit | 10/21/2011 | DEP | | X | 1,536.94 | 7,851.73 |
| Deposit | 10/31/2011 | DEP | CSHL Trust A/C | X | 686.79 | 8,538.52 |
| Total Deposits and Credits | | | | | 8,538.52 | 8,538.52 |
| Total Cleared Transactions | | | | | 6,973.42 | 6,973.42 |
| **Cleared Balance** | | | | | 6,973.42 | 70,652.66 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 7 items** | | | | | | |
| Check | 3/31/2006 | 8416 | Mulkey #4418 | | -209.38 | -209.38 |
| Check | 6/30/2006 | 8492 | Mulkey #4418 | | -209.38 | -418.76 |
| Check | 10/31/2010 | 9701 | Sabiston, Musfelt, ... | | -194.04 | -612.80 |
| Check | 3/31/2011 | 9801 | Sabiston, Musfelt, ... | | -3,194.04 | -3,806.84 |
| Check | 3/31/2011 | 9807 | Walsh #004431 | | -125.00 | -3,931.84 |
| Check | 10/26/2011 | 9833 | Vicki Crow, C.P.A. | | -2,440.05 | -6,371.89 |
| Check | 10/27/2011 | 9834 | U.S. Trustee | | -195.00 | -6,566.89 |
| Total Checks and Payments | | | | | -6,566.89 | -6,566.89 |
| Total Uncleared Transactions | | | | | -6,566.89 | -6,566.89 |
| **Register Balance as of 10/31/2011** | | | | | 406.53 | 64,085.77 |
| **New Transactions** | | | | | | |
| **Deposits and Credits - 1 item** | | | | | | |
| Deposit | 11/4/2011 | DEP | CSHL Trust A/C | | 2,240.30 | 2,240.30 |
| Total Deposits and Credits | | | | | 2,240.30 | 2,240.30 |
| Total New Transactions | | | | | 2,240.30 | 2,240.30 |
| **Ending Balance** | | | | | 2,646.83 | 66,326.07 |



**BANK OF STOCKTON**
— Divisions —
ELK GROVE COMMERCE BANK
MODESTO COMMERCE BANK
TURLOCK COMMERCE BANK

```
CAL STATE GROWTH FUND
V-CERTIFICATE
TRUST ACCOUNT - V                           *Page    1
P O BOX 7636                                 10-31-11
STOCKTON CA 95267                           2804123201
```

```
         2804123201        Business Analyzed Checking
SUMMARY  ************************************************************
  Previous Balance        9-30-11          134,695.22
  + Deposits/Credit             7           77,542.12
  - Checks/Debits               8          171,209.70
  - Service Charge                                 .00
  Current Balance                           41,027.64
  Days in Current Period       31
```

```
DESCRIPTIVE TRANSACTIONS  *****************************************
  Date          Tracer    Description                      Amount
  10-06           16       CUSTOMER DEPOSIT                2010.00
  10-07           10       CUSTOMER DEPOSIT                1045.99
  10-14            9       CUSTOMER DEPOSIT                2866.16
  10-20           13       CUSTOMER DEPOSIT                 655.00
  10-21           12       CUSTOMER DEPOSIT                2295.76
  10-28                    CHARGEBACK ITEM  NSF CK          655.00-
  10-28                    OUT WIRE TRANSFER             64900.00-
  10-31           17       CUSTOMER DEPOSIT                3769.21
```

```
EFT ACTIVITY  ***************************************************
  Date       Tracer   Description                         Amount
  10-05  Purchase Padilla Note  IB FR DDA TO DDA 002804119401   21718.33-
  10-05  Purchase Padilla Note  IB FR DDA TO DDA 002804121601   16288.76-
  10-28                IB TO DDA FR DDA 002804100301         64900.00
  10-28  Funded Cheas Loan  IB FR DDA TO DDA 002804100301     64900.00-
  10-31                IB FR DDA TO DDA 002804130501          1565.10-
```

```
CHECKS PAID  ****************************************************
  Serial No. Date       Amount      Serial No.  Date        Amount
  11298  10-18          48.31       11303*10-31             1134.20
```

```
DAILY BALANCE SUMMARY  *****************************************
  Date      Balance      Date      Balance     Date      Balance
  9-30    134695.22     10-05     96688.13     10-06    98698.13
  10-07    99744.12     10-14    102610.28     10-18   102561.97
  10-20   103216.97     10-21    105512.73     10-28    39957.73
  10-31    41027.64
```



**FDIC**
FEDERAL DEPOSIT INSURANCE CORPORATION
Each Depositor Insured to $100,000

P.O. Box 1110 • Stockton CA 95201    Continued on Next Page





**BANK OF STOCKTON**
——— *Divisions* ———
ELK GROVE COMMERCE BANK
MODESTO COMMERCE BANK
TURLOCK COMMERCE BANK

```
CAL STATE GROWTH FUND
V-CERTIFICATE
TRUST ACCOUNT - V
P O BOX 7636                              *Page   2
STOCKTON CA 95267                         10-31-11
                                         2804123201
```

```
OVERDRAFT CHARGES/REFUNDS SUMMARY *****************************************
                                    This Cycle              YTD
    Total Net Returned Item Fees          .00              .00
    Total Net Overdraft Fees              .00              .00
    Total Net Fees Charged                .00              .00
```



END OF STATEMENT              P.O. Box 1110 • Stockton CA 95201        Enclosures        8



11:04 AM

11/04/11

# CAL STATE GROWTH FUND
# Reconciliation Summary
### CSGF V - Certificate Trust, Period Ending 10/31/2011

|  | Oct 31, 11 |
|---|---|
| **Beginning Balance** | 134,695.22 |
| Cleared Transactions |  |
| Checks and Payments - 7 items | -106,309.70 |
| Deposits and Credits - 7 items | 12,642.12 |
| Total Cleared Transactions | -93,667.58 |
| **Cleared Balance** | 41,027.64 |
| Uncleared Transactions |  |
| Checks and Payments - 9 items | -4,442.81 |
| Total Uncleared Transactions | -4,442.81 |
| **Register Balance as of 10/31/2011** | 36,584.83 |
| New Transactions |  |
| Deposits and Credits - 1 item | 1,539.93 |
| Total New Transactions | 1,539.93 |
| **Ending Balance** | 38,124.76 |

Page 1

11:04 AM

11/04/11

# CAL STATE GROWTH FUND
## Reconciliation Detail
### CSGF V - Certificate Trust, Period Ending 10/31/2011

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | |
| **Cleared Transactions** | | | | | | 134,695.22 |
| **Checks and Payments - 7 items** | | | | | | |
| Check | 10/5/2011 | D.M. | CSGF I | X | -21,718.33 | |
| Check | 10/5/2011 | D.M. | CSGF III | X | -16,288.76 | -21,718.33 |
| Check | 10/12/2011 | 11298 | Foremost Ins. | X | -48.31 | -38,007.09 |
| Check | 10/28/2011 | D.M. | Wire Transfer | X | -64,900.00 | -38,055.40 |
| Check | 10/31/2011 | D.M. | Cal State Home Lo... | X | -1,565.10 | -102,955.40 |
| Check | 10/31/2011 | 11303 | Cal State Home Lo... | X | -1,134.20 | -104,520.50 |
| Check | 10/31/2011 | NSF | | X | -655.00 | -105,654.70 |
| | | | | | | -106,309.70 |
| **Total Checks and Payments** | | | | | -106,309.70 | -106,309.70 |
| **Deposits and Credits - 7 items** | | | | | | |
| Deposit | 10/6/2011 | DEP | | X | 2,010.00 | |
| Deposit | 10/7/2011 | DEP | CSHL Trust A/C | X | 1,045.99 | 2,010.00 |
| Deposit | 10/14/2011 | DEP | CSHL Trust A/C | X | 2,866.16 | 3,055.99 |
| Deposit | 10/20/2011 | DEP | | X | 655.00 | 5,922.15 |
| Deposit | 10/21/2011 | DEP | CSHL Trust A/C | X | 2,295.76 | 6,577.15 |
| Deposit | 10/31/2011 | DEP | | X | 1,674.23 | 8,872.91 |
| Deposit | 10/31/2011 | DEP | | X | 2,094.98 | 10,547.14 |
| | | | | | | 12,642.12 |
| **Total Deposits and Credits** | | | | | 12,642.12 | 12,642.12 |
| **Total Cleared Transactions** | | | | | -93,667.58 | -93,667.58 |
| **Cleared Balance** | | | | | -93,667.58 | 41,027.64 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 9 items** | | | | | | |
| Check | 10/31/2010 | 11116 | Musfelt #005503 | | -203.12 | -203.12 |
| Check | 10/31/2010 | 11123 | Musfelt #5526 | | -30.42 | -233.54 |
| Check | 3/31/2011 | 11237 | Musfelt #005503 | | -203.12 | -436.66 |
| Check | 3/31/2011 | 11251 | Musfelt #5526 | | -30.42 | -467.08 |
| Check | 4/30/2011 | 11275 | Johnston #5509 | | -168.76 | -635.84 |
| Check | 10/20/2011 | 11299 | Roger Stevens Insu... | | -258.75 | -894.59 |
| Check | 10/26/2011 | 11300 | Vicki Crow, C.P.A. | | -2,804.06 | -3,698.65 |
| Check | 10/26/2011 | 11301 | Stanislaus County ... | | -549.16 | -4,247.81 |
| Check | 10/27/2011 | 11302 | U.S. Trustee | | -195.00 | -4,442.81 |
| **Total Checks and Payments** | | | | | -4,442.81 | -4,442.81 |
| **Total Uncleared Transactions** | | | | | -4,442.81 | -4,442.81 |
| **Register Balance as of 10/31/2011** | | | | | -98,110.39 | 36,584.83 |
| **New Transactions** | | | | | | |
| **Deposits and Credits - 1 item** | | | | | | |
| Deposit | 11/4/2011 | DEP | CSHL Trust A/C | | 1,539.93 | 1,539.93 |
| **Total Deposits and Credits** | | | | | 1,539.93 | 1,539.93 |
| **Total New Transactions** | | | | | 1,539.93 | 1,539.93 |
| **Ending Balance** | | | | | -96,570.46 | 38,124.76 |

# ACCOUNTS RECEIVABLE

| LOAN # | TRUSTOR | BAL @ 09/30/11 | OCT 2011 | DR. | BAL @ 10/31/11 |
|---|---|---|---|---|---|
| 12976 | JEFFRIES | -249.26 | | | -249.26 |
| 18108 | HUDSON | 23.64 | | | 23.64 |
| 21459 | RODIS | | 7.57 | 7.57 | 0.00 |
| 22829 | JACQUES | | 338.63 | 338.63 | 0.00 |
| 22902 | LORD | 16,000.00 | | | 16,000.00 |
| 21950 | DELGADO | 139.89 | | | 139.89 |
| 23391 | HOUSE | 60,230.90 | | | 60,230.90 |
| 23559 | BUSTILLOS | | 48.31 | | 48.31 |
| 23619 | JACKSON | | 258.75 | | 258.75 |
| 23647 | GARCIA | 24,464.94 | | | 24,464.94 |
| 23820 | ESPINO | -20.03 | | | -20.03 |
| 23647 | GARCIA | 488.00 | | | 488.00 |
| 23906 | KHAMVONGSA | -153.44 | | | -153.44 |
| 23884 | HICKS | 1,167.42 | | | 1,167.42 |
| 23942 | MUSUMECI | 348.07 | | 190.46 | 157.61 |
| | | 102,440.13 | 653.26 | 536.66 | 102,556.73 |